[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 26, 2008
THOMAS K. KAHN
CLERK

No. 07-12782
Non-Argument Calendar

_____

D. C. Docket No. 99-08125-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARY J. PIERCE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(February 26, 2008)**

Before BIRCH, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Robert S. Gershman, appointed counsel for Gary J. Pierce in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).  Our independent review of the entire record reveals counsel's

assessment of the relative merit of the appeal is correct.  Because independent

examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED**, and Pierce's sentence is **AFFIRMED**.